11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



In the interest of K.D.P. and K.R.P., children,

No. 11-19-00367-CV

\* From the 132nd District Court of Scurry County, Trial Court No. 26594.

\* January 9, 2020

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has considered Kelissa Hill's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Kelissa Hill.